CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Troy Thomas McGuire**; DOB: 1970; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **22-04914MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 30, 2022, in the District of Arizona, **Troy Thomas McGuire**, knowing or in reckless disregard that certain aliens, including Jorge Bruno-Martinez and Francisco Velazquez-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 30, 2022, in the District of Arizona (Sonoita), a United States Border Patrol Agent (BPA) was conducting primary inspection at an Immigration Checkpoint along State Route 82. While working in primary inspection, a dark blue Acura sports utility vehicle, later identified as a 2004 Acura MDX, approached his location and stopped for inspection. The BPA noticed only the driver, later identified as **Troy Thomas McGuire**, with no one sitting in the front passenger seat. After greeting **McGuire**, the BPA then used a flashlight and looked into the rear seat area of the vehicle. The BPA immediately saw three people laying down along the rear seats, appearing to hide. The three people, including Jorge Bruno-Martinez and Francisco Velazquez-Garcia, were determined to be Mexican citizens illegally present in the United States.

Records checks revealed that Jorge Bruno-Martinez and Francisco Velazquez-Garcia did not have the proper immigration documentation to enter or remain in the United States legally. Material witness Jorge Bruno-Martinez stated his mother arranged for him to be smuggled into the United States and he did not know how much she was charged for him to be smuggled to Michigan. Bruno said he illegally crossed into the United States from Mexico with two other undocumented non-citizens (UNCs). Bruno stated his group walked for approximately six hours to an unknown location and after a while a blue vehicle driven by a male arrived. Bruno said he and the two other UNCs got in and sat in the rear seat. He stated the driver drove for approximately one hour before they were arrested by Border Patrol. Bruno identified **McGuire** as the driver of the vehicle.

**Continued on next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jorge Bruno-Martinez and Francisco Velazquez-Garcia

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/lh | SIGNATURE OF COMPLAINANT<br><br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>August 31, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

22-04914MJ

**Continued from front page:**
Material witness Velazquez said he did not make smuggling arrangements, nor did he pay a mafia fee to be smuggled to his final destination of Wisconsin. Velazquez stated he illegally crossed into the United States from Mexico with two other UNCs. Velazquez stated they walked for approximately four hours to an unknown road. Velazquez said he asked a vehicle for a ride and a vehicle driven by a male driver stopped. Velazquez stated he and the other two UNCs entered the vehicle and sat in the rear seat. Velazquez stated the driver transported them for approximately 30 minutes before they were arrested by Border Patrol.